IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-112-D
No. 7:11-CV-125-D

| | | |
|---|---|---|
| LUIS HERNANDEZ-ESPINOZA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Defendant has filed numerous motions [D.E. 60, 67, 70, 74, 81]. The United States has responded in opposition [D.E. 68, 75]. The court has carefully considered each motion. The following motions [D.E. 60, 67, 74, 81] lack merit and are DENIED. As for the petition under 28 U.S.C. § 2255 [D.E. 70], it fails to state a claim due to the appellate waiver in defendant's plea agreement. Alternatively, the petition lacks merit under Strickland v. Washington, 466 U.S. 668, 687–91 (1984), and its progeny. Thus, the petition [D.E. 70] is DISMISSED, and the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c).

SO ORDERED. This _3_ day of January 2012.

JAMES C. DEVER III
Chief United States District Judge